IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HERBERT L. CAMPBELL,

          Petitioner,

vs.

SCOTT R. FRAKES, et al;

          Respondent.

**4:22CV3210**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's form "Notice of Appeal (Civil)," Filing No. 1, which the Court has docketed as a Petition for Writ of Habeas Corpus, and Motion for Leave to Proceed in Forma Pauperis, Filing No. 2.  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a).  However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 5), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee.  *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted.  The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.  The Court will conduct this review in its normal course of business.

Dated this 17th day of October, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge