IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERBERT L. CAMPBELL, <br><br> Petitioner, <br><br> vs. <br><br> SCOTT R. FRAKES, et al; <br><br> Respondent. | 4:22CV3210 <br><br> **ORDER** |

This matter is before the Court on Petitioner's Motion for Extension of Time. Filing No. 9. Petitioner appears to ask for an extension of time to provide his inmate account statement to the Court in support of his motion to proceed in forma pauperis because the inmate accounting office has allegedly refused to provide the necessary documents to the Court. However, the Court received Petitioner's trust account statement on September 29, 2022, Filing No. 5, and granted Petitioner leave to proceed in forma pauperis on October 17, 2022, Filing No. 7. Accordingly,

IT IS ORDERED that: Petitioner's Motion for Extension of Time, Filing No. 9, is denied as moot.

Dated this 19th day of October, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge